BARDEM REALTY CORPORATION, Respondent, v. K. C. & B. REALTY CO., INC., and Others, Defendants, Impleaded with NATHAN RODNER, Appellant.— Order

affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.